## Kornstein et ux., Appellants, *v.* Taylor, Appellant.
## Rosenthal et ux., Appellants, *v.* Taylor, Appellant.

Argued June 10, 1974. *Jerome L. Markovitz,* with him *Alan F. Markovitz,* and *Markovitz, Brooks & Cantor,* for appellant at Nos. 1731 and 1732, and *Milton S. Lazaroff,* with him *Techner, Rubin & Shapiro,* for appellants at Nos. 1739 and 1740; *Jerome L. Markovitz,* with him *Alan F. Markovitz,* and *Markovitz, Brooks & Cantor,* for appellees at Nos. 1739 and 1740, and *Milton S. Lazaroff,* with him *Techner, Rubin & Shapiro,* for appellees at Nos. 1731 and 1732.

Orders affirmed.

## Martin et ux. et al. *v.* Baires et ux., Appellants.

Argued June 10, 1974. *Edward R. Paul,* with him *Joseph G. Manta,* for appellants; *Herbert Monheit,* with him *Tod I. Mammuth,* for appellees.

Judgment and order affirmed.